# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

ANTHONY P. CASSIDY       *

    **Plaintiff,**       *

                                 CASE NO. **4:14-cv-00116-CDL**

v.                         *

TIYA SUPPORT SERVICES, LLC  *

    **Defendant**       *

## JOINT STIPULATION OF DISMISSAL

Through their undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties stipulate to the voluntary dismissal of this action with prejudice.  All parties shall bear their own costs and attorneys' fees.

Respectfully this 16th Day of March, 2015.

**THE ROPER LAW FIRM**          **HALL BOOTH SMITH, P.C.**

*/s/John W. Roper*                  */s/Donald W. Benson*
John W. Roper                      Donald W. Benson
Georgia Bar No. 614159          Georgia Bar No. 052350
5353 Veterans Parkway           191 Peachtree Street, N.E.
Suite D                             Suite 2900
Columbus, Georgia  31904       Atlanta, Georgia 30303
johnroper@roperlaw.com          dbenson@hallboothsmith.com

                                     */s/Mariel E. Smith*
                                     Mariel E. Smith
                                     Georgia Bar No. 707608
                                     1037 Front Avenue

Columbus, Georgia 31902
msmith@hallboothsmith.com